# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

UNITED STATES OF AMERICA,

                         Plaintiff,

        -against-

JOHN SANCHEZ

                      Defendant.

Case No.: 19 MAG 6054 _____ (MRG)

**ORDER OF DISMISSAL**

-----------------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

**SO ORDERED.**

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:     30     day of December           , 20 19
                     Poughkeepsie, New York